# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**PRECISION CONCRETE CUTTING, INC.,**
a Utah corporation,

                Plaintiff (s),

    vs.                          No. 4:09CV00578 ERW

**MISSOURI CONCRETE SHAVERS,
INC., d/b/a SIDEWALK SHAVERS**

                Defendant (s).

## STIPULATION AND PROPOSED ORDER FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is dismissed with prejudice in its entirety, each of the Counterclaims in the case are dismissed with prejudice regarding the asserted patents, and each party shall bear its own costs and attorneys' fees.

This stipulation is a result of a settlement agreement between the parties. The U.S. District Court for the District of Utah shall have jurisdiction to enforce the terms of the settlement agreement.

                                      BY THE COURT:

                                      _____
                                      The Honorable E. Richard Webber,
                                      United States District Court Judge

Dated: January 6, 2010

Shook Hardy, L.L.P.

By: /s/ Carrie A. McAtee
**CARRIE A. McATEE, Esq.**
(cmcatee@shb.com)
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 559-2512
Fax: (816) 421-5547

**Of Counsel:**
**JAMES B. BELSHE**
(jbelshe@wnlaw.com)
(Admitted *Pro Hac Vice)*
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 321-1707

ATTORNEYS FOR PLAINTIFF
PRECISION CONCRETE
CUTTING, INC.